UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



UNITED STATES OF AMERICA, )
)   2:05-CR-422-APG-GWF
Plaintiff, )
)
vs. )
)
TAMMI CAMACHO )
)
Defendant. )

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#135) on December 18, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $17,481.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $2,000.00

Name of Payee: FLORENCE KAISER
Amount of Restitution: $92,273.00

**Total Amount of Restitution ordered:** $111,754.00\*\*

\*\*Joint and Several with co-defendants Louis Villescas and Lemar Allen

Dated this ____9th____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE